B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

**255 East Temple Street, Los Angeles, CA 90012**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Mohammad A Chaudhry
aw Five Star Computers, Inc.

**BANKRUPTCY NO.** 2:10−bk−21756−VZ

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−4885
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 11/4/10

**JOINT DEBTOR INFORMATION:**
Rukhsana Y Chaudhry

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7918
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 11/4/10

**Address:**
13102 Vultee Ave.
Bellflower, CA 90706

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: November 4, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

---

** Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: wkaaumoan Page 1 of 2 Date Rcvd: Nov 04, 2010
Case: 10-21756 Form ID: b18 Total Noticed: 32

The following entities were noticed by first class mail on Nov 06, 2010.

```
db/jdb        +Mohammad A Chaudhry,   Rukhsana Y Chaudhry,   13102 Vultee Ave.,   Bellflower, CA 90706-2023
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                Sacramento, CA  94280-0001
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
26016598      +Bank of America,   Attention: Bankruptcy CA6-919-01-41,   Po Box 5170,
                Simi Valley, CA 93062-5170
26016601      +Bank of America,   PO Box 15731,   Wilmington, DE 19886-5731
27393811       Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
                Oklahoma City, OK  73124-8839
26016605      +Capital One, N.a.,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
26016607       Chase,   PO Box 1337,   Philadelphia, PA 19101
26016610      +Citibank,   PO Box 689197,   Des Moines, IA 50368-9197
26016612      +First Equity,   PO Box 23029,   Columbus, GA 31902-3029
26016614      +Nextcard Inc,   Po Box 3412,   Omaha, NE 68103-0412
27373317      +Pharia L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
```

The following entities were noticed by electronic transmission on Nov 05, 2010.

```
smg            EDI: EDD.COM Nov 05 2010 01:38:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Nov 05 2010 01:38:00     Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                Sacramento, CA  95812-2952
26016597      +EDI: BECKLEE.COM Nov 05 2010 01:38:00     American Express,   c/o Becket and Lee LLP,
                Po Box 3001,   Malvern, PA 19355-0701
27613455       EDI: BECKLEE.COM Nov 05 2010 01:38:00     American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
27304930       EDI: AIS.COM Nov 05 2010 01:38:00     American Infosource Lp As Agent for,
                Citibank (South Dakota) N.A.,   PO Box 248840,   Oklahoma City, OK  73124-8840
26016599       EDI: BANKAMER.COM Nov 05 2010 01:38:00     Bank Of America,   De5-019-03-07,   Newark, DE 19714
26016600      +EDI: BANKAMER.COM Nov 05 2010 01:38:00     Bank Of America,   Po Box 15026,
                Wilmington, DE 19850-5026
26016602      +EDI: BANKAMER.COM Nov 05 2010 01:38:00     Bank of America,   PO Box 15710,
                Wilmington, DE 19886-5710
26016603      +EDI: TSYS2.COM Nov 05 2010 01:38:00     Barclays Bank Delaware,
                Attention:  Customer Support Department,   Po Box 8833,   Wilmington, DE 19899-8833
26016604      +EDI: CAPITALONE.COM Nov 05 2010 01:38:00     Cap One,   Po Box 85520,   Richmond, VA 23285-5520
26016608      +EDI: CHASE.COM Nov 05 2010 01:38:00     Chase,   PO Box 94014,   Palatine, IL 60094-4014
26016606      +EDI: CHASE.COM Nov 05 2010 01:38:00     Chase,   201 N. Walnut St//De1-1027,
                Wilmington, DE 19801-2920
27357120       EDI: CHASE.COM Nov 05 2010 01:38:00     Chase Bank USA, N.A.,   PO Box 15145,
                Wilmington, DE 19850-5145
26016609      +EDI: CITICORP.COM Nov 05 2010 01:38:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
27348443       EDI: DISCOVER.COM Nov 05 2010 01:38:00     Discover Bank,   DFS Services LLC,   PO Box 3025,
                New Albany, OH 43054-3025
26016611      +EDI: DISCOVER.COM Nov 05 2010 01:38:00     Discover Fin,   Attention: Bankruptcy Department,
                Po Box 3025,   New Albany, OH 43054-3025
26016613      +EDI: RMSC.COM Nov 05 2010 01:38:00     Gembppbycr,   Attention: Bankruptcy,   Po Box 103106,
                Roswell, GA 30076-9106
27390984       EDI: BLINE.COM Nov 05 2010 01:38:00     Roundup Funding, LLC,   MS 550,   PO Box 91121,
                Seattle, WA 98111-9221
26016615      +EDI: RMSC.COM Nov 05 2010 01:38:00     Sams Club,   PO Box 530981,   Atlanta, GA 30353-0981
26016596      +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV                          US Trustee,
                725 South Figueroa St, 26th FL.,   Los Angeles, CA 90017-5524
26016616      +EDI: WFFC.COM Nov 05 2010 01:38:00     Wells Fargo,   PO Box 54349,   Los Angeles, CA 90054-0349
                                                                                              TOTAL: 21
```

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2010** **Signature:** Joseph Speetjens